

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00051-CV

_____


VERNON STOKER, SR., Appellant

V.

CHEROKEE WATER COMPANY, Appellee


On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. 2009-474


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Vernon Stoker, Sr., appellant, has filed a motion to dismiss his pending appeal in this matter pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). The motion is signed by the appellant, who is representing himself.

We grant the appellant's motion and dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     January 14, 2013
Date Decided:       January 15, 2013